UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MIGUEL MENDOZA, et al.<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>AD ASTRA RECOVERY SERVICES, INC.,<br><br>　　　　　Defendant | Case No.:  CV 13-6922 CAS (JCG)<br><br>Hon. Christina A. Snyder<br><br>[~~PROPOSED~~] ORDER CONFIRMING ARBITRATION AWARD |

### [Proposed] Order

This Court, having considered Miguel Mendoza and Ad Astra Recovery Services, Inc.'s ("Ad Astra") Joint Stipulation to Confirm Final Arbitration Award, orders as follows:

IT IS HEREBY ORDERED that:

1. The stay in this case is lifted.
2. The Arbitration Award entered on February 10, 2015 by John Van de Kamp, and attached as Exhibit A, is confirmed.
3. Ad Astra is awarded $2,043.56.
4. This Order resolves all claims submitted between the parties submitted for decision in the arbitration.

5. This Order resolves all claims submitted before this Court in the above-captioned action and is a final and binding Order.

IT IS SO ORDERED

*Christina A. Snyder*

Dated: April 15, 2015

Honorable Christina A. Snyder

Respectfully submitted by:
BRANDON J.B. BOULWARE
DANIEL B. HODES
CATHERINE D. SINGER
ROUSE HENDRICKS GERMAN MAY PC

JEFFERY J. CARLSON
CHARLES R. MESSER
STEPHEN A. WATKINS
CARLSON & MESSER LLP

By: */s/* Catherine D. Singer

*Attorneys for Defendant Ad Astra*

TODD M. FRIEDMAN

BY: */s/* Todd M. Friedman

*Attorney for Plaintiff Miguel Mendoza*